Charles M. Fahlbusch, David Jay
Glantz, Mimi Vivien Turin, Attorney Gen-
eral's Office, Ft. Lauderdale, FL, Pam
Bondi, Attorney General's Office, West
Palm Beach, FL, for Defendants–Appel-
lees.

Before CARNES, Chief Judge,
MARTIN and ANDERSON, Circuit
Judges.

PER CURIAM:

Lennon Anderson, proceeding *pro se,*
sued his supervisor and his employer for
firing him because of his race. The dis-
trict court granted summary judgment to
the defendants on the ground that
Anderson failed to make a prima facie case
of employment discrimination. Anderson
then filed a borderline frivolous motion to
alter or amend the judgment, which the
district court properly denied. *See
Anderson v. Fla. Dep't of Envtl. Prot.,* 567

Fed.Appx. 679, 680 (11th Cir.2014). He
now moves, under Federal Rule of Civil
Procedure 60(d)(3), for relief from the dis-
trict court's judgment, arguing that it was
the product of fraud on the court. This
latest motion—which is based on a conclu-
sory assertion that the defendants' case
rested on perjury and fabricated evi-
dence—is also without merit. In any
event, perjury and fabricated evidence do
not constitute fraud on the court because
they can and should be exposed at trial.
*Travelers Indem. Co. v. Gore,* 761 F.2d
1549, 1552 (11th Cir.1985). Fraud on the
court is "limited to more egregious forms
of subversion of the legal process, . . .
those we cannot necessarily expect to be
exposed to by the normal adversary pro-
cess." *Id.* (quoting *Great Coastal Express
v. Bhd. of Teamsters,* 675 F.2d 1349, 1356
(4th Cir.1982)). Because the fraud
Anderson alleges does not rise to the level
of "fraud on the court," the district court
was correct to deny his Rule 60(d)(3) mo-
tion.

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael PEREZ, a.k.a. Clownface,
Defendant–Appellant.**

No. 15–11920
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 7, 2015.

Peter J. Sholl, Arthur Lee Bentley, III,
U.S. Attorney's Office, Tampa, FL, Mi-

chael C. Bagge–Hernandez, U.S. Attorney's Office, Fort Myers, FL, for Plaintiff–Appellee.

Robert Godfrey, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, George Ellis Summers, Jr., Federal Public Defender's Office, Fort Myers, FL, Federal Public Defender's Office, Orlando, FL, Michael Perez, Oklahoma City, OK, for Defendant–Appellant.

Before ED CARNES, Chief Judge, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM.

Robert Godfrey, appointed counsel for Michael Perez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Perez's conviction and sentence are **AFFIRMED.**